**Electronically Filed
Supreme Court
SCPW-15-0000672
28-OCT-2015
09:00 AM**

SCPW-15-0000672

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CARRIE J. WALTERS, Petitioner,

vs.

THE HONORABLE GREG K. NAKAMURA, JUDGE OF THE CIRCUIT COURT OF THE
THIRD CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(S.P.P. NO. 13-1-0002)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Carrie Walters's petition for a writ of mandamus, filed on September 16, 2015, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that she is entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 28, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

